Dismissed and Memorandum Opinion filed September 15, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00476-CV

____________

 

JAMES E. WHITAKER, Appellant

 

V.

 

SOCIAL SECURITY ADMINISTRATION, Appellee

 



 

On Appeal from the 189th District Court


Harris County, Texas

Trial Court Cause No. 2009-27703

 



 

M E M O R
A N D U M   O P I N I O N

This is an attempted appeal from a judgment signed December
21, 2009.  Appellant’s notice of appeal was filed May 23, 2011.

The notice of appeal must be filed within thirty days after
the judgment is signed when appellant has not filed a timely motion for new
trial, motion to modify the judgment, motion to reinstate, or request for
findings of fact and conclusion of law.  See Tex. R. App. P. 26.1.

Appellant’s notice of appeal was not filed timely. A motion
for extension of time is necessarily implied when an appellant, acting in good
faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within
the fifteen-day grace period provided by Rule 26.3 for filing a motion for
extension of time.  See Verburgt v. Dorner, 959 S.W.2d 615, 617–18
(1997) (construing the predecessor to Rule 26).  Appellant’s notice of appeal
was not filed within the fifteen-day period provided by Rule 26.3.

On August 16, 2011, notification was transmitted to all
parties of the court's intention to dismiss the appeal for want of
jurisdiction.  See Tex. R. App. P.
42.3(a).  Appellant filed no response. 

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Panel consists of Justices
Frost, Seymore, and Jamison.